AO 470 (8/85) Order of Temporary Detention

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 23 2019

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

PEDRO CHAIDEZ REYES

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

CASE NO. 1:19-MJ-462

Upon motion of the Government, it is **ORDERED** that a preliminary hearing and detention hearing are set for WEDNESDAY, MAY 29, 2019, at 2:00 p.m. before United States Magistrate Judge Russell G. Vineyard, U.S. Courthouse, Richard B. Russell Building, 20th Floor, Courtroom 2022, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 23rd day of MAY, 2019.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE